IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
**Plaintiff**
    vs.

**CASE NO.: 99-CR-264-007(SEC)**

**VICTOR CRUZ-SILVESTRE,**
**Defendant**
* * * * * * * * * * * * * * * * * * * *

### ORDER

Upon petition of JEFFREY SEMIDEY-ACOSTA, U.S. PROBATION OFFICER of this Court, alleging that releasee, Victor Cruz-Silvestre, has failed to comply with his conditions of supervised release, it is

ORDERED that release appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to releasee, Victor Cruz-Silvestre and provide the government, as well as the defense counsel with a copy of the order.

IT IS SO ORDERED,

In San Juan, Puerto Rico, this \_\_\_\_\_ day of April 2007

                                                      **SALVADOR E. CASELLAS**
                                                    **SENIOR U.S. DISTRICT JUDGE**