## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

United States of America

Plaintiff

v.                                             CR. NO.99-264(SEC)

7-VICTOR CRUZ-SILVESTRE

Defendant

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

(1)   is financially unable to employ counsel,

(2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on ___May 7, 2007_____ .

FRANCES RIOS DE MORAN
Clerk of the Court


By: S/ Yelitza Rivera-Buonomo
Deputy Clerk