IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | |
| vs. | CRIMINAL NO. 99-264 (SEC) |
| VICTOR CRUZ-SILVESTRE<br>    Defendant. | |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.     Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Mr. Víctór Cruz-Silvestre.

2.     Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 11th day of May, 2007.

JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico

*S/Rafael Andrade-Ravelo*
RAFAEL ANDRADE-RAVELO
USDC-PR 221308
A.F.P.D. for Defendant
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : rafael_andrade@fd.org