# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO     DATE: JUNE 22, 2007

COURT REPORTER: FTR/SLD                  **CRIM. NO. 99-264 (7) (SEC)**

COURT INTERPRETER: EDNA BRAYFIELD

===========================================================================
                                     Attorneys:

UNITED STATES OF AMERICA              AUSA, ARAMIS RIOS

vs.

VICTOR CRUZ-SILVESTRE                 AFPD, RAFAEL ANDRADE

===========================================================================
          continued

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING.**

    __X__  Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   OCTOBER 18, 2002 is hereby REVOKED.**

**SENTENCE**: Imprisonment for a term of 5 months. No additional supervised release term is imposed.

                                                *S/ Sulma López-Defilló*
                                                Courtroom Deputy Clerk